ROBERT E. CAREY, JR. (SBN 47556)
JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA 94302-1040
650/328-5510
650/853-3632 fax
rec@careyandcareylaw.com
jf@careyandcareylaw.com

Attorneys for Plaintiff JONATHAN B. BUCKHEIT

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN B. BUCKHEIT,<br><br>    Plaintiff,<br><br>vs.<br><br>TONY DENNIS, DEAN DEVLUGT, THE TOWN OF ATHERTON, THE COUNTY OF SAN MATEO, and DOES 1-500, inclusive,<br><br>    Defendants. | CASE NO. CV 09-5000 JCS<br><br>STIPULATION FOR AN ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO COUNTY OF SAN MATEO'S MOTION TO DISMISS & ~~PROPOSED~~ ORDER.<br><br>Date: March 26, 2010<br>Time: 9:30 a.m.<br>Mag. Judge: Hon. Joseph C. Spero |

Pursuant to Local Rules 6-2 (a) and 7-12, Plaintiff Jonathan Buckheit and Defendant San Mateo County hereby stipulate to request that the Court order the extension of the deadline for the filing of Plaintiff's Opposition to Defendant San Mateo County's Motion To Dismiss (currently scheduled to be heard on March 26, 2010 at 9:30 a.m. before this Court), from January 22, 2010 to January 25, 2010, and, correspondingly, extend Defendant San Mateo County's deadline to file its reply from January 29, 2010 to February 1, 2010. The extension of time would not affect the hearing date of the motion (March 26, 2010).

It is so stipulated.

DATED: 1/22/10 _____
JERRY Y. FONG, for Plaintiff
JONATHAN BUCKHEIT

DATED: 1/22/10 _____
BRIAN J. WONG, for Defendant COUNTY
OF SAN MATEO

This stipulation is supported by the following declaration of Attorney Jerry Fong:

## DECLARATION OF ATTORNEY JERRY FONG

I, Jerry Fong, declare:

1. I am an attorney licensed to practice before this Court and am one of the attorneys for Plaintiff Jonathan Buckheit.

2. I make this declaration in compliance with Local Rule 6-2 (a).

3. Currently, Defendant San Mateo County's motion to dismiss is scheduled to be heard on March 26, 2010, at 9:30 a.m., before this Court.

4. The Court set January 22, 2010, as the deadline for the filing of Plaintiff's Opposition and January 29, 2010, as the deadline for the filing of Defendant San Mateo County's Reply.

5. Plaintiff needs a short extension of time to file its Opposition because his lead attorney, Robert E. Carey, Jr., has been in trial this week in Santa Clara County Superior Court. Mr. Carey will need the weekend of January 23-24 to finish preparing the Plaintiff's Opposition.

6. Deputy County Counsel Brian J. Wong (on behalf of Defendant San Mateo County) has agreed to the requested extension of time, with the corresponding extension of San Mateo County's deadline to file its Reply to February 1, 2010.

7. This is the first request for any extension of time relating to this Motion to

Dismiss.

8. Because the hearing is scheduled on March 26, 2010, the requested extension of time should not affect the hearing date.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on January 22, 2010.


JERRY Y. FONG

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED: Plaintiff shall file his Opposition to the Motion to Dismiss on January 25, 2010, and Defendant County of San Mateo shall file its Reply, if any, on February 1, 2010. The hearing shall remain on March 26, 2010, at 9:30 a.m.

DATED: January 26, 2010


MAGISTRATE, UNITED STATES
Judge Joseph C. Spero