MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
By: Brian J. Wong, Deputy (SBN 226940)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-1960
Facsimile: (650) 363-4034
E-mail: bwong@co.sanmateo.ca.us

Attorneys for Defendants
COUNTY OF SAN MATEO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN V. BUCKHEIT,<br><br>     Plaintiff,<br><br>vs.<br><br>TONY DENNIS, DEAN DEVLUGT, THE TOWN OF ATHERTON, THE COUNTY OF SAN MATEO, and DOES 1-500, inclusive,<br><br>     Defendants. | Case No. C09-05000 JCS<br><br>**STIPULATION FOR AN ORDER TO EXTEND COUNTY OF SAN MATEO'S TIME TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT** |

     Pursuant to Local Rules 6-2(a) and 7-12, Plaintiff Jonathan Buckheit and Defendant County of San Mateo (the "County") hereby stipulate to request that, in the event the County files a motion to dismiss the First Amended Complaint, the Court issue an order extending the time for the County to file an answer to the First Amended Complaint to fourteen (14) days after the Court issues a ruling on any such motion to dismiss.

It is so stipulated.

Dated: February 9, 2010

_____
Brian J. Wong, Deputy County Counsel, for
Defendant COUNTY OF SAN MATEO

Dated: February 9, 2010

_____
Jerry Y. Fong, for Plaintiff JONATHAN
BUCKHEIT

This stipulation is supported by the following declaration of Brian J. Wong:

**DECLARATION OF BRIAN J. WONG**

I, Brian J. Wong, declare:

1. I am an attorney licensed to practice before this Court, and represent Defendant County of San Mateo (the "County") in this matter.

2. I make this declaration as required by Local Rule 6-2(a).

3. Plaintiff Jonathan Buckheit filed his First Amended Complaint on January 25, 2010.

4. The County intends to file a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) in response to the First Amended Complaint.

5. The County requires an extension of time to file an answer in the event the Court denies its motion to dismiss because Federal Rule of Civil Procedure 15(a)(3) does not extend the time to file an answer to an amended complaint when a defendant files a motion to dismiss. The extension will allow a determination of the County's motion to dismiss before the County must file an answer.

6. Jerry Fong (on behalf of Plaintiff Jonathan Buckheit) has agreed to the requested extension of time.

Case No. C09-05000 JCS  2
STIPULATION FOR AN ORDER TO EXTEND COUNTY OF SAN MATEO'S TIME TO ANSWER
PLAINTIFF'S FIRST AMENDED COMPLAINT

7. This is the first request for any extension of time relating to Plaintiff's First Amended Complaint.

8. In light of the March 26, 2010 Case Management Conference, this extension of time should have minimal impact on the case schedule.

I declare under penalty of perjury that the foregoing is true and correct of my own knowledge, and that this Declaration was executed on February 5, 2010 at Redwood City, California.

_____
BRIAN J. WONG

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED: In the event Defendant County of San Mateo (the "County") files a motion to dismiss the First Amended Complaint, the time for the County to file an answer to the First Amended Complaint is extended to fourteen (14) days after the Court issues a ruling on any such motion to dismiss.

Dated: 02/10/10

_____
Judge Joseph C. Spero
MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT

L:\LITIGATE\B_CASES\Buckheit,Jonathan\Pleadings\2010.02.04 [Buckheit] Stipulation to Extend Time to Answer 1st Amended Complaint.doc

Case No. C09-05000 JCS                 3
STIPULATION FOR AN ORDER TO EXTEND COUNTY OF SAN MATEO'S TIME TO ANSWER
PLAINTIFF'S FIRST AMENDED COMPLAINT