1   ROBERT E. CAREY, JR. (SBN 47556)
    JERRY Y. FONG, ESQ. (SBN 99673)
2   CAREY & CAREY
    706 COWPER STREET
3   P.O. BOX 1040
    PALO ALTO, CA  94302-1040
4   650/328-5510
    650/853-3632 fax
5   rec@careyandcareylaw.com
    jf@careyandcareylaw.com
6
    Attorneys for Plaintiff JONATHAN B. BUCKHEIT
7

8

9
                    UNITED STATES DISTRICT COURT
10
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                     SAN FRANCISCO DIVISION
12

13
    JONATHAN B.  BUCKHEIT,          )   CASE NO.    CV 09-5000 JCS
14                                  )
             Plaintiff,             )   STIPULATION FOR AN ORDER
15                                  )   TO EXTEND TIME FOR PLAINTIFF
    vs.                             )   TO FILE OPPOSITION TO SAN
16                                  )   MATEO COUNTY'S MOTION TO
    TONY DENNIS, DEAN DEVLUGT,      )   DISMISS 2ND AMENDED COMPLAINT
17  THE TOWN OF ATHERTON,           )   & PROPOSED ORDER RE SAME.
    THE COUNTY OF SAN MATEO,        )
18  ANTHONY KOCKLER, & JERRY        )   Date:       September 3, 2010
    CARLSON,                        )   Time:       9:30 a.m.
19                                  )   Mag.-Judge:  Hon. Joseph C. Spero
             Defendants.            )
20  _____)

21

22          Pursuant to Local Rules 6-2 (a) and 7-12, Plaintiff Jonathan Buckheit and Defendant

23  County of San Mateo hereby stipulate to request that the Court order the extension of the

24  deadline (by one week) for the filing of Plaintiff's Opposition to Defendant County of San

25  Mateo's  Motion To Dismiss Plaintiff's Second Amended Complaint (currently scheduled

26  to be heard on September 3, 2010 at 9:30 a.m. before this Court), from July 23, 2010 to July

27  30, 2010, and, correspondingly, extend Defendant County of San Mateo's deadline to file its

28  reply, from July 30, 2010 to August 6, 2010.  The extension of time would not affect the

hearing date of the motion (September 3, 2010) and would still be 4 weeks ahead of the Local Rule 7-3 (a) and (c)'s scheduling/deadline requirement (opposition to be filed 21 days before hearing and reply to be filed 14 days before hearing).  This is the first request for an extension of time for the briefing re this motion to dismiss the 2nd Amended Complaint.

It is so stipulated.


DATED:      July 21, 2010              _____/S/_____
                                      JERRY Y. FONG, for Plaintiff
                                      JONATHAN BUCKHEIT




DATED:      July 21, 2010              _____/S/_____
                                      BRIAN WONG, for Defendant COUNTY OF
                                      SAN MATEO


This stipulation is supported by the following declaration of Attorney Jerry Fong:

DECLARATION OF ATTORNEY JERRY FONG

I, Jerry Fong, declare:

1.      I am an attorney licensed to practice before this Court and am one of the attorneys for Plaintiff Jonathan Buckheit.

2.      I make this declaration in compliance with Local Rule 6-2 (a).

3.      Currently, Defendant San Mateo County's motion to dismiss Plaintiff's Second Amended Complaint is scheduled to be heard on September 3, 2010, at 9:30 a.m., before this Court.

4.      When it moved the hearing to September 3, 2010, the Court ordered that the briefing schedule remain the same as it had been when the original hearing date was August 13, 2010, meaning that the deadline for the filing of Plaintiff's Opposition would be July 23, 2010, and the deadline for the filing of Defendant San Mateo County's reply would be July

30, 2010.

5.      For the past two weeks, I had been working on an emergency petition for a writ of mandamus, just filed with the California Court of Appeal, Sixth Appellate District.  The preparation of the writ petition consumed much of my time, leaving me with insufficient time to finish preparing the opposition to San Mateo County's motion to dismiss by July 23, 2010. Accordingly, I am requesting a short extension of time (of one week, from July 23, 2010 to July 30, 2010) to file the Opposition and a corresponding extension of the Defendant San Mateo County' time to file its Reply (from July 30, 2010 to August 6, 2010).

6.      I have contacted counsel for Defendant County of San Mateo, Mr. Brian Wong. He is willing to agree to my request for a short, one-week extension of time so that Plaintiff's opposition will be due on July 30, 2010, and Defendant San Mateo County's reply will be due on August 6, 2010.

7.      This is the first request for any extension of time relating to Plaintiff's filing of his oppositions to the  Defendant San Mateo County's motion to dismiss the Second Amended Complaint, and this request is made because the I was occupied with the filing of the emergency writ petition.

8.      Because the hearing is scheduled on September 3, 2010, the requested extension of time should not affect the hearing date.

I declare under the penalty of perjury that the foregoing is true and correct.  Executed on July 21, 2010, in Palo Alto, CA..


_____/S/_____
JERRY Y. FONG

////

////

////

////

////

STIPULATION TO EXTEND TIME TO FILE OPPOSITION TO SMC'S MOTION TO DISMISS 2RD AMENDED COMPLAINT

1                       [~~PROPOSED~~] ORDER

2         PURSUANT TO THE STIPULATION AND GOOD CAUSE APPEARING

3 HEREIN, IT IS SO ORDERED THAT:  Plaintiff shall file his Opposition to Defendant San

4 Mateo County's  Motion to Dismiss Plaintiff's Second Amended Complaint  on July 30,

5 2010, and the Defendant County of San Mateo shall file its Reply, if any, on August 6, 2010.

6 The hearing for the motions shall remain on September 3, 2010, at 9:30 a.m.

7

8

9

10 DATED:  07/22/10



MAGIS_____  UNITED
STATE

Judge Joseph C. Spero