UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN B. BUCKHEIT,<br><br>Plaintiff(s),<br><br>v.<br><br>TONY DENNIS, ET AL.,<br><br>Defendant(s).<br>_____/ | Case No. 09-05000 JCS<br><br>**DISCOVERY ORDER RE: JOINT LETTER [Docket No. 82]** |

On November 12, 2010, the parties filed a Joint Discovery Letter regarding Plaintiff's request for production of the individual officer defendants' personnel files.

IT IS HEREBY ORDERED that Defendants shall produce the following personnel documents relating to the individual officer defendants, including any internal affairs documents:

1. Documents referring to any allegation or claim of gender discrimination against the individual officer defendants; and

2. Documents referring to any allegation of false statements made by the individual officer defendants in testimony, police reports, or any other reports.

3. These documents shall be produced as Attorneys' Eyes Only and may not be shown to plaintiff.

IT IS SO ORDERED.

Dated: November 22, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge