AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

JONATHAN B. BUCKHEIT,
    Plaintiff (s),
V.
TONY DENNIS, et al.
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C-09-05000 JCS

Notice is hereby given that, subject to approval by the court, **Defendant DEAN DEVLUGT** substitutes
(Party (s) Name)

**Joseph C. Howard, Jr.**, State Bar No. **050784** as counsel of record in
(Name of New Attorney)

place of **Jeffrey M. Vucinich, Esq.**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | HOWARD ROME MARTIN & RIDLEY LLP |
| Address: | 1775 Woodside Road, Suite 200/Redwood City, CA 94061 |
| Telephone: | (650) 365-7715    Facsimile (650) 364-5297 |
| E-Mail (Optional): | jhoward@hrmrlaw.com |

I consent to the above substitution.
Date: 12-28-10

*/s/ Dean B. Devlugt*
(Signature of Party (s))

I consent to being substituted.
Date: 12/23/2010

*/s/ Jeffrey M. Vucinich, Esq.*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/23/2010

*/s/ Joseph C. Howard Jr.*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 3, 2011

*/s/ Judge Joseph C. Spero*

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]