AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

JONATHAN B. BUCKHEIT,
           Plaintiff (s),
V.
TONY DENNIS, et al.
           Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C-09-05000 JCS

Notice is hereby given that, subject to approval by the court, Defendant TONY DENNIS substitutes
(Party (s) Name)

Joseph C. Howard, Jr. , State Bar No. 050784 as counsel of record in
(Name of New Attorney)

place of Jeffrey M. Vucinich, Esq. .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
    Firm Name: HOWARD ROME MARTIN & RIDLEY LLP
    Address: 1775 Woodside Road, Suite 200/Redwood City, CA 94061
    Telephone: (650) 365-7715     Facsimile (650) 364-5297
    E-Mail (Optional): jhoward@hrmrlaw.com

I consent to the above substitution.
Date: 12/23/10
    TONY DENNIS (Signature of Party (s))

I consent to being substituted.
Date: 12/23/2010
    JEFFREY M. VUCINICH, ESQ. (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/23/2010
    JOSEPH C. HOWARD, JR (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 3, 2011
    Judge Joseph C. Spero

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]