UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JONATHAN BUCKHEIT,<br>    Plaintiff,<br><br>        v.<br><br>TONY DENNIS, et al.,<br>    Defendants.<br>_____/ | No. C 09-5000 JCS<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:        January 21, 2011<br>Evaluator:   James Fitzgerald |

IT IS HEREBY ORDERED that the request for named defendants Tony Dennis, Dean DeVlugt, Anthony Kochler and Jerry Carlson to be excused from attending the January 21, 2011 mediation before James Fitzgerald is DENIED.  All of the defendants shall attend the session in person.

IT IS SO ORDERED.

January 7, 2011          By:        *Elizabeth D. Laporte*
_____                  _____
Dated                                            Elizabeth D. Laporte
                                                 United States Magistrate Judge