**United States District Court**
For the Northern District of California

1

2

3

4            UNITED STATES DISTRICT COURT

5           NORTHERN DISTRICT OF CALIFORNIA

6

7  JONATHAN B. BUCKHEIT,                        Case No. C-09-5000 JCS

8          Plaintiffs,
                                               **ORDER FOR JOINT STATEMENT OF**
9       v.                                     **UNDISPUTED FACTS**

10 TONY DENNIS, ET AL.,

11
           Defendant.
12 _____/

13

14        Defendant has filed a motion for partial summary judgment, which is set for hearing on

15 March 4, 2011.  The Court's Standing Order on Motions for Summary Judgment provides as

16 follows:

17        The parties shall file a joint statement of undisputed facts. If the parties are unable to reach
          complete agreement after meeting and conferring, they shall file a joint statement of the
18        undisputed facts about which they do agree. Separate statements of undisputed facts shall not
          be filed and will not be considered by the Court.
19

20 Civil Standing Orders for Magistrate Judge Joseph C. Spero, Revised 11/03/08, ¶ 17.  No joint

21 statement of undisputed facts has been filed in support of the pending summary judgment motion.

22 Instead, Defendant has filed a separate statement entitled "Joint Statement of Undisputed Facts."

23 This separate statement will not be considered by the Court.

24        IT IS HEREBY ORDERED that the parties shall file a joint statement of undisputed facts in

25 compliance with the Court's Standing Order by Monday February 14, 2011.  The parties are

26 cautioned that any party who objects to a proposed fact without a reasonable basis for doing so may

27

28

1  be subject to sanctions.  Similarly, the Court may deem any proposed fact to which Plaintiff does not

2  respond to be undisputed.

3        IT IS SO ORDERED.

4  Dated:   February 9, 2011

5  _____

6  JOSEPH C. SPERO
   United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2