**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN B. BUCKHEIT, | No. C 09-05000 (JCS) |
| Plaintiff(s), | **ORDER TO FILE JOINT LETTER** |
| v. | |
| TONY DENNIS, ET AL., | |
| Defendant(s). | |

IT IS HEREBY ORDERED that the parties shall prepare a Joint Letter on the outstanding discovery disputes, not to exceed ten (10) pages, to be filed within one (1) week.

IT IS SO ORDERED.

Dated: August 29, 2011

JOSEPH C. SPERO
United States Magistrate Judge