1  ROBERT E. CAREY, JR. (SBN 47556)
   JERRY Y. FONG, ESQ. (SBN 99673)
2  CAREY & CAREY
   706 COWPER STREET
3  P.O. BOX 1040
   PALO ALTO, CA  94302-1040
4  650/328-5510
   650/853-3632 fax
5  rec@careyandcareylaw.com
   jf@careyandcareylaw.com
6
7  Attorneys for Plaintiff JONATHAN B. BUCKHEIT

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN B. BUCKHEIT, ) | CASE NO.   CV 09-5000 JCS |
| ) | |
| Plaintiff, ) | STIPULATION FOR AN ORDER |
| ) | TO MODIFY THE BRIEFING |
| vs. ) | SCHEDULE FOR THE SUMMARY |
| ) | JUDGMENT MOTIONS FILING AND |
| TONY DENNIS, DEAN DEVLUGT, ) | THE HEARING DATE RE SAME, |
| THE TOWN OF ATHERTON, ) | WITH ~~PROPOSED~~ ORDER. |
| THE COUNTY OF SAN MATEO, ) | |
| & ANTHONY KOCKLER. ) | |
| ) | |
| Defendants. ) | |

The parties to this action (Plaintiff Jonathan Buckheit, Defendants Town of Atherton, Tony Dennis, Dean DeVlugt, Anthony Kockler, and County of San Mateo) hereby stipulate to jointly request that the Court modify the existing briefing schedule for the filing of the summary judgment motions (and other dispositive motions) and the hearing date for the same. The request is made because the expert discovery proceeding is extensive and the parties need more time to complete their expert discovery and then to file the necessary dispositive motions, including any summary judgment motions.

Currently, the hearing for the dispositive motions is scheduled on January 20, 2012, at 9:30 a.m., with the Court ordering that all briefings be completed and filed 35 days before January 20, 2012.

The parties jointly request that the Court modify the schedule as follows:

1. Opening or moving papers-   Filed by December 16, 2011.
2. Opposition papers-   Filed by January 23, 2012.
3. Reply papers-   Filed by February 6, 2012.
4. Hearing date-   A date to be chosen by the Court.

It is so stipulated by the parties to this action.

DATED: November 3, 2011   /S/
JERRY FONG, for Plaintiff
JONATHAN BUCKHEIT

DATED: November 3, 2011   /S/
PATRICK CO, for Defendant TOWN OF ATHERTON

DATED: November 3, 2011   /S/
JOSEPH HOWARD, for Defendants TONY DENNIS, DEAN DeVLUGT, & ANTHONY KOCKLER

DATED: November 3, 2011   /S/
BRIAN WONG, for Defendant COUNTY OF SAN MATEO

### [PROPOSED] ORDER

PURSUANT TO THE STIPULATION AND GOOD CAUSE APPEARING HEREIN, IT IS ORDERED THAT:

The briefing schedule for the dispositive motions, including any summary judgment

1  motions shall be modified in the following manner:

2      1.    Opening or moving papers-    Filed by December 16, 2011.

                                                   13

3      2.    Opposition papers-    Filed by January 23, 2012.

                                                 January 27, 2012.

4      3.    Reply papers-    Filed by February 6, 2012.

5      The hearing for the motions shall be    February 17, 2012, at 9:30    a.m./p.m.

6      It is so ordered.

8  DATED: 11/09/11

9                                        MAGISTRATE-JUDGE OF THE UNITED STATES DISTRICT COURT