JEFFREY M. VUCINICH, ESQ. BAR#: 67906
PATRICK R. CO, ESQ. BAR #: 200160
CLAPP, MORONEY, BELLAGAMBA, VUCINICH, BEEMAN and SCHELEY
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
(650) 989-5400 (650) 989-5499 FAX

Attorneys for Defendant
THE TOWN OF ATHERTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JONATHAN B. BUCKHEIT,<br>Plaintiff,<br>v.<br>TONY DENNIS; DEAN DEVLUGT; ANTHONY KOCKLER; THE TOWN OF ATHERTON; THE COUNTY OF SAN MATEO; and DOES 1-500, inclusive,<br>Defendants. | CASE NO.: CV09-5000 JCS<br>**STIPULATION TO EXCEED 25 PAGE LIMIT FOR MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT** |
|---|---|

The parties to this litigation, by and through their respective counsel of record, do hereby stipulate to waive Local Rule 7-4's 25 page limitation with regard to memorandum of points and authorities to allow each party to file a brief no more than 35 pages in length.

DATED: December 13, 2011 By: /S/
PATRICK R. CO, ESQ.

DATED: December 13, 2011 By: [signature]
ROBERT CAREY, ESQ.

Dated: 12/14/11

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
DENIED
Judge Joseph C. Spero



C:\Documents and Settings\Bob\Local Settings\Temporary Internet Files\Content.Outlook\H39PSHHH \ExPartePageLimit stip.wpd

***JONATHAN BUCKHEIT v. TOWN OF ATHERTON, et al.***
United States District Court, Northern District of California Case No. CV09-5000 JCS

**PROOF OF SERVICE - Civil**
[*Code of Civ. Proc. §§ 1011, 1013, 1031a, 2015.5*]

**METHOD OF SERVICE:**

☐ **By Personal Service** ☐ **By Mail** ☐**By Overnight Delivery**
☐ **By Messenger Service** ☐ **By Facsimile** ▣ **By E-Mail/Electronic Transmission**

1. I am a citizen of the United States and am employed in the County of San Mateo, State of California. I am over the age of 18 years and not a party to the within action.

2. My place of employment is 1111 Bayhill Drive, Suite 300, San Bruno, California 94066.

3. On the date set forth below, I caused to be served a true and correct copy of the document described as:

**STIPULATION TO EXCEED 25 PAGE LIMIT FOR MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**

4. I served the document on the persons below, as follows:

| | |
|---|---|
| Robert E. Carey, Jr., Esq.<br>Jerry Y. Fong, Esq.<br>Carey & Carey<br>706 Cowper Street<br>P.O. Box 1040<br>Palo Alto, CA 94302-1040<br>Tel: (650) 328-5510<br>Fax: (650) 853-3632<br>email: rec@careyandcareylaw.com<br>email: jf@careyandcareylaw.com<br>***Attorneys for Plaintiff JONATHAN BUCKHEIT*** | John Houston Scott, Esq.<br>Scott Law Firm<br>1388 Sutter Street, Suite 715<br>San Francisco, CA 94109<br>Tel: (415) 561-9600<br>Fax: (415) 561-9609<br>email: john@scottlawfirm.net<br>***Attorneys for Plaintiff JONATHAN BUCKHEIT*** |
| Joseph C. Howard, Jr., Esq.<br>Howard, Rome, Martin & Ridley, LLP<br>1775 Wodside Road, Suite 200<br>Redwood City, CA 94061-3436<br>Direct: (650) 980-1029<br>Tel: (650) 365-7715 ext. 219<br>Fax: (650) 364-5297<br>email: JHOWARD@hrmrlaw.com<br>**Attorneys for Defendants TONY DENNIS; DEAN DeVLUGT; and ANTHONY KOCKLER** | Brian J. Wong, Esq.<br>Office of the County Counsel<br>400 County Center, 6th Floor<br>Redwood City, CA 94063<br>Tel: (650) 363-1960<br>Fax: (650) 363-4034<br>email: bwong@co.sanmateo.ca.us<br>***Attorneys for COUNTY OF SAN MATEO*** |

5. The document was served by the following means (specify):

a. ☐ **BY PERSONAL SERVICE.** I personally delivered the documents to the persons at the addresses listed in item 4. (1) For a party represented by an attorney, delivery

was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

b. ☐ **BY UNITED STATES MAIL.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and (specify one):

(1) ☐ deposited the sealed envelope with the United States Postal Services, with the postage fully prepaid.

(2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am resident or employed in the County where the mailing occurred. The envelope or package was placed in the mail at San Bruno, California, County of San Mateo.

c. ☐ **BY OVERNIGHT DELIVERY.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I place the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **BY MESSENGER SERVICE.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a professional messenger service for service.

e. ☐ **BY FAX TRANSMISSION.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 4. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

f. ▣ **BY E-MAIL OR ELECTRONIC TRANSMISSION.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the email addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

▣ **(Federal)** I declare that I am employed in the offices of a member of the bar of this court at whose direction this service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 13, 2011, at San Bruno, California.

Claudia Gomez