1  JEFFREY M. VUCINICH, ESQ.  BAR#: 67906
   PATRICK R. CO, ESQ.  BAR #: 200160
2  CLAPP, MORONEY, BELLAGAMBA, VUCINICH,
   BEEMAN and SCHELEY
3  A PROFESSIONAL CORPORATION
   1111 Bayhill Drive, Suite 300
4  San Bruno, CA  94066
   (650) 989-5400  (650) 989-5499 FAX
5
   Attorneys for Defendant
6  THE TOWN OF ATHERTON

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10
   JONATHAN B. BUCKHEIT,              CASE NO.:  CV09-5000 JCS
11
              Plaintiff,              **STIPULATION AND (proposed) ORDER
12                                     EXTENDING TIME TO FILE MOTIONS,
   v.                                  PLEADINGS, AND ACTIONS**
13
   TONY DENNIS; DEAN DEVLUGT;
14 ANTHONY KOCKLER; THE TOWN OF
   ATHERTON; THE COUNTY OF SAN
15 MATEO; and DOES 1-500, inclusive,
16            Defendants.

17

18 The PARTIES TO THIS ACTION, by and through their respective attorneys of record, hereby

19 stipulate to the following:

20
21       All Parties stipulate through their counsel that they agree to extend the time for filing all

22 motions, oppositions, pleadings, and actions under Rule 54, Federal Rules of Civil Procedure, and

23 Local Rules 54-1 and 54-2, Local Rules for the Northern District of California (costs and

24 objections to costs) and FRCP 11, 43 USC § 1988, and Local Rule 54-5 (attorney's fees) before

25 the Court in the case of Buckheit v. Town of Atherton which are required of any Counsel or Party

26 for a period of six days from today's date until the close of business on April 26, 2012.  All parties

27 and Counsel agree that this stipulation shall be binding upon them and may be used in any

28

STIPULATION AND (proposed) ORDER EXTENDING TIME          G:\Data\DOCS\0160\04092\MSJ\st
TO FILE MOTIONS, PLEADINGS, AND ACTIONS                  ip order to extend time to
                                                         file (122012).wpd

subsequent proceeding where the extension of time is at issue.

IT IS SO STIPULATED.

DATED: April 20, 2012                     HOWARD, ROME, MARTIN & RIDLEY LLP


                                          By: _____/S/_____
                                                JOSEPH C. HOWARD


DATED: April 20, 2012                     CAREY & CAREY


                                          By: _____/S/_____
                                                ROBERT E. CAREY, JR.

DATED: April 20, 2012                     CLAPP, MORONEY, BELLAGAMBA,

                                          VUCINICH, BEEMAN and SCHELEY


                                          By: _____/S/_____

                                                PATRICK R. CO

 DATED: April 20, 2012                    COUNTY OF SAN MATEO,

                                          COUNTY COUNSEL'S OFFICE


                                          By: _____/S/_____

                                                BRIAN J. WONG, ESQ.

IT IS SO ORDERED.

DATED: <u>4/23</u> , 2012

By: _____

NON. JOSEPH C. SPERO

UNITED STATES MAGISTRATE JUDGE

_Judge Joseph C. Spero_

G:\Data\DOCS\0160\04092\MSJ\st
ip order to extend time to
file (122012).wpd