```
JEFFREY M. VUCINICH, ESQ. BAR#: 67906
PATRICK R. CO, ESQ. BAR #: 200160
CLAPP, MORONEY, BELLAGAMBA, VUCINICH,
BEEMAN and SCHELEY
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA  94066
(650) 989-5400  (650) 989-5499 FAX
```

Attorneys for Defendant
THE TOWN OF ATHERTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN B. BUCKHEIT,<br><br>    Plaintiff,<br><br>v.<br><br>TONY DENNIS; DEAN DEVLUGT; ANTHONY KOCKLER; THE TOWN OF ATHERTON; THE COUNTY OF SAN MATEO; and DOES 1-500, inclusive,<br><br>    Defendants. | CASE NO.:  CV09-5000 JCS<br><br>**STIPULATION AND (proposed) ORDER EXTENDING TIME TO FILE MOTIONS, PLEADINGS, AND ACTIONS** |

The PARTIES TO THIS ACTION, by and through their respective attorneys of record, hereby stipulate to the following:

   All Parties stipulate through their counsel that they agree to extend the time for filing all motions, oppositions, pleadings, and actions under Rule 54, Federal Rules of Civil Procedure, and Local Rules 54-1 and 54-2, Local Rules for the Northern District of California (costs and objections to costs) and FRCP 11, 43 USC § 1988, and Local Rule 54-5 (attorney's fees) before the Court in the case of Buckheit v. Town of Atherton which are required of any Counsel or Party for a period of six days from today's date until the close of business on April 26, 2012.  All parties and Counsel agree that this stipulation shall be binding upon them and may be used in any

subsequent proceeding where the extension of time is at issue.

IT IS SO STIPULATED.

DATED: April 20, 2012                    HOWARD, ROME, MARTIN & RIDLEY LLP


By: _____/S/_____
JOSEPH C. HOWARD

DATED: April 20, 2012                    CAREY & CAREY


By: _____/S/_____

ROBERT E. CAREY, JR.

DATED: April 20, 2012                    CLAPP, MORONEY, BELLAGAMBA,

VUCINICH, BEEMAN and SCHELEY


By: _____/S/_____

PATRICK R. CO

DATED: April 20, 2012                    COUNTY OF SAN MATEO,

COUNTY COUNSEL'S OFFICE


By: _____/S/_____

BRIAN J. WONG, ESQ.

IT IS SO ORDERED.

**STIPULATION AND (proposed) ORDER EXTENDING TIME
TO FILE MOTIONS, PLEADINGS, AND ACTIONS**      2

G:\Data\DOCS\0160\04092\MSJ\stip order to extend time to file (122012).wpd

1  DATED: 4/23 , 2012         By: _____
2                                   HON. JOSEPH C. SPERO
3                                   UNITED STATES MAGISTRATE JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND (proposed) ORDER EXTENDING TIME TO FILE MOTIONS, PLEADINGS, AND ACTIONS**  3

G:\Data\DOCS\0160\04092\MSJ\stip order to extend time to file (122012).wpd