1 JEFFREY M. VUCINICH, ESQ. BAR#: 67906
PATRICK R. CO, ESQ. BAR #: 200160
2 CLAPP, MORONEY, BELLAGAMBA, VUCINICH,
BEEMAN and SCHELEY
3 A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
4 San Bruno, CA 94066
(650) 989-5400  (650) 989-5499 FAX

Attorneys for Defendant
THE TOWN OF ATHERTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN B. BUCKHEIT,<br><br>Plaintiff,<br><br>v.<br><br>TONY DENNIS; DEAN DEVLUGT; ANTHONY KOCKLER; THE TOWN OF ATHERTON; THE COUNTY OF SAN MATEO; and DOES 1-500, inclusive,<br><br>Defendants. | CASE NO.: CV09-5000 JCS<br><br>**FURTHER STIPULATION AND (proposed) ORDER EXTENDING TIME TO FILE MOTIONS, PLEADINGS, AND ACTIONS** |

The PARTIES TO THIS ACTION, by and through their respective attorneys of record, hereby stipulate to the following:

All Parties stipulate through their counsel that they agree to extend the time for filing all motions, oppositions, pleadings, and actions under Rule 54, Federal Rules of Civil Procedure, and Local Rules 54-1 and 54-2, Local Rules for the Northern District of California (costs and objections to costs) and FRCP 11, 43 USC § 1988, and Local Rule 54-5 (attorney's fees) before the Court in the case of Buckheit v. Town of Atherton which are required of any Counsel or Party until the close of business on May 2, 2012. The parties agree to this stipulation so that they may

meet and confer.  All parties and Counsel agree that this stipulation shall be binding upon them and may be used in any subsequent proceeding where the extension of time is at issue.

IT IS SO STIPULATED.

DATED: April 24, 2012          HOWARD, ROME, MARTIN & RIDLEY LLP


By: _____/S/_____
    JOSEPH C. HOWARD


DATED: April 24, 2012          CAREY & CAREY


By: _____/S/_____
    ROBERT E. CAREY, JR.

DATED: April 24, 2012          CLAPP, MORONEY, BELLAGAMBA,

VUCINICH, BEEMAN and SCHELEY


By: _____/S/_____
    PATRICK R. CO

DATED: April 24, 2012          COUNTY OF SAN MATEO,

COUNTY COUNSEL'S OFFICE


By: _____/S/_____
    BRIAN J. WONG, ESQ.

1  IT IS SO ORDERED.

2

3

4  DATED: __April 25__, 2012         By: _____

5                                         HON. JOSEPH C. SPERO

6                                         UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FURTHER STIPULATION AND (proposed) ORDER EXTENDING TIME TO FILE MOTIONS, PLEADINGS, AND ACTIONS**                3

G:\Data\DOCS\0160\04092\MSJ\Stip & Order Extending Time File Motions (Costs & Atty Fees) (042412-Amended).wpd