✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**District of**

| | |
|---|---|
| NORTHERN DISTRICT | CALIFORNIA |

Jonathan Buckheit

Plaintiff (s),

V.

Tony Dennis, et al.

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**  Civ. 09-05000 JCS

Notice is hereby given that, subject to approval by the court,  Plaintiff, Jonathan Buckheit  substitutes

(Party (s) Name)

Amitai Schwartz , State Bar No.  55187  as counsel of record in

(Name of New Attorney)

place of  Robert Carey, Jerry Fong, and John H. Scott .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | LAW OFFICES OF AMITAI SCHWARTZ |
| Address: | 2000 Powell Street, Ste 1286, Emeryville, CA 94608 |
| Telephone: | (510) 597-1775   Facsimile  (510) 597-0957 |
| E-Mail (Optional): | attorneys@schwartzlaw.com |

I consent to the above substitution.

Date:  May 25, 2012

*Jonathan B. Buckheit*

(Signature of Party (s))

I consent to being substituted.

May 25, 2012

Date:  May 30, 2012

/s/  Robert E. Carey, Jr.

/s/  Jerry Y. Fong

/s/  John H. Scott

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:  May 31, 2012

/s/  Amitai Schwartz

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  June 1, 2012

Judge Joseph C. Spero
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**