✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN DISTRICT | District of | CALIFORNIA |

Jonathan Buckheit

                Plaintiff (s),

V.

Tony Dennis, et al.

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: Civ. 09-05000 JCS

Notice is hereby given that, subject to approval by the court, __Plaintiff, Jonathan Buckheit__ substitutes
                                                                                        (Party (s) Name)

__Moira Duvernay__, State Bar No. __233279__ as counsel of record in
(Name of New Attorney)

place of __Robert Carey, Jerry Fong, and John H. Scott__.
                (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | LAW OFFICES OF AMITAI SCHWARTZ |
| Address: | 2000 Powell Street, Ste 1286, Emeryville, CA 94608 |
| Telephone: | (510) 597-1775      Facsimile (510) 597-0957 |
| E-Mail (Optional): | attorneys@schwartzlaw.com |

I consent to the above substitution.

Date: May 25, 2012

                                                                                        *Jonathan B. Buckheit*
                                                                                        (Signature of Party (s))

I consent to being substituted.

Date: May 25, 2012                 /s/ Robert E. Carey, Jr.

       May 30, 2012              /s/ Jerry Y. Fong

                                              (Signature of Former Attorney (s))
                                         /s/ John H. Scott

I consent to the above substitution.

Date: May 31, 2012               /s/ Moira Duvernay
                                                           (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: June 1, 2012               *[Signature – Judge Joseph C. Spero]*
                                                                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]