# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT  **District of**  CALIFORNIA

Jonathan Buckheit

Plaintiff (s),

V.

Tony Dennis, et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: Civ. 09-05000 JCS

Notice is hereby given that, subject to approval by the court, __Plaintiff, Jonathan Buckheit__ substitutes
(Party (s) Name)

__Moira Duvernay__, State Bar No. __233279__ as counsel of record in
(Name of New Attorney)

place of __Robert Carey, Jerry Fong, and John H. Scott__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | LAW OFFICES OF AMITAI SCHWARTZ |
| Address: | 2000 Powell Street, Ste 1286, Emeryville, CA 94608 |
| Telephone: | (510) 597-1775    Facsimile (510) 597-0957 |
| E-Mail (Optional): | attorneys@schwartzlaw.com |

I consent to the above substitution.

Date: May 25, 2012

*Jonathan B. Buckheit* (signature)
(Signature of Party (s))

I consent to being substituted.

Date: May 25, 2012
      May 30, 2012

/s/ Robert E. Carey ,Jr.
/s/ Jerry Y. Fong
/s/ John H. Scott
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: May 31, 2012

/s/ Moira Duvernay
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: June 1, 2012

*(signed)* Judge Joseph C. Spero
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**