1  Amitai Schwartz (State Bar No. 55187)
   Moira Duvernay (State Bar No. 233279)
2  Law Offices of Amitai Schwartz
   Watergate Towers
3  2000 Powell Street, Suite 1286
   Emeryville, CA 94608
4  Telephone:  (510) 597-1775
   Facsimile:   (510) 597-0957
5  attorneys@schwartzlaw.com

6  Attorneys for Plaintiff

7  JOHN C. BEIERS, COUNTY COUNSEL (SBN 144282)
   By: Brian Wong, (SBN 226940 )
8  Hall of Justice and Records
   400 County Center, 6th Floor
9  Redwood City, CA 94063
   Telephone: (650) 363-1960
10 Facsimile: (650) 363-4034
   E-mail: bwong@smcgov.org
11
   Attorneys for Defendant
12 COUNTY OF SAN MATEO

13
                    IN THE UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15

16 JONATHAN V. BUCKHEIT,           )   Case No. Civ 09-05000 JCS
                                   )
17         Plaintiff,              )   STIPULATION TO CONTINUE
                                   )   HEARING DATE ON DEFENDANT
18     v.                          )   COUNTY OF SAN MATEO'S
                                   )   MOTION FOR ATTORNEY'S FEES
19 TONY DENNIS, et al.,            )   FROM SEPTEMBER 7, 2012, TO
                                   )   NOVEMBER 16, 2012.
20         Defendants.             )
                                   )   ~~PROPOSED~~ ORDER
21 _____ )
                                       Date:  September 7, 2012
22                                     Time:  9:30 a.m.
                                       Place: Courtroom G, 15th Floor
23

24                                     Hon. Joseph C. Spero
25
26
27
28

1     WHEREAS defendant, County of San Mateo, filed a motion for attorney's
2 fees pursuant to 42 U.S.C. § 1988 and a bill of costs on May 2, 2012.
3     WHEREAS plaintiff intends to oppose the motion for attorney's fees.
4     WHEREAS, the court previously continued the hearing on the motion for
5 fees to September 7, 2012, following a motion by plaintiff to continue the date.
6     WHEREAS, plaintiff filed a notice of appeal on May 4, 2012 and has
7 pending in the Ninth Circuit Court of Appeals an appeal from this court's order
8 granting and denying summary judgment.
9     WHEREAS, the parties[1] are working with a Ninth Circuit mediator in an
10 attempt to reach a global settlement of all outstanding issues between them,
11 including the motion for attorneys' fees pending before this court.
12     And, WHEREAS the Ninth Circuit mediator will be setting the mediation
13 for September 7, 2012 and will stay all proceedings in the Ninth Circuit pending
14 the conclusion of mediation.
15     THEREFORE plaintiff and defendant, County of San Mateo, hereby
16 stipulate, through their counsel of record, as follows, subject to the approval of the
17 court:
18     1.    The parties agree to continue the hearing date on defendant's motion
19 for attorney's fees, costs, and sanctions from September 7, 2012 , to November 16,
20 at 9:30 a.m..
21     2.    The parties further agree that plaintiff may, if necessary, file his
22 papers in opposition to the motion for attorneys's fees, costs, and sanctions on or
23 before October 5, 2012;
24 //
25 //
26 _____
27 [1] The City of Atherton defendants have withdrawn their motion for attorneys'
28 fees following settlement with plaintiff.

Stipulation to Continue Motion for Attorneys' Fees
Proposed Order
Case Civ. No. 09-05000 JCS         2

3.  The parties further agree that defendant may, if necessary, file its reply papers on or before November 2, 2012.

IT IS SO STIPULATED.

Dated: July 2, 2012          /s/ Amitai Schwartz

                             Amitai Schwartz
                             Attorney for Plaintiff
                             Jonathan Buckheit

Dated:                       JOHN C. BEIERS, COUNTY COUNSEL

                             By:
                             Brian Wong, Deputy
                             Attorneys for Defendant
                             COUNTY OF SAN MATEO

ORDER

Upon the stipulation of the parties, and for good cause, it is hereby ORDERED that the hearing on defendant County of San Mateo's motion and claims for attorneys' fees, costs, and sanctions is continued from September 7, 2012 to November 16, 2012 at 9:30 a.m.

Plaintiff's Opposition shall be due on or before October 5, 2012. Defendant's Reply shall be due on or before November 2, 2012.

IT IS SO ORDERED.

Dated:   07/03/2012

Joseph C. Spero
United States Magistrate Judge