JOHN C. BEIERS, COUNTY COUNSEL (SBN 144282)
By: Brian Wong, (SBN 226940 )
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-1960
Facsimile: (650) 363-4034
E-mail: bwong@smcgov.org

Attorneys for Defendant
COUNTY OF SAN MATEO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN V. BUCKHEIT,<br><br>Plaintiff,<br><br>vs.<br><br>TONY DENNIS, DEAN DEVLUGT, TOWN OF ATHERTON, COUNTY OF SAN MATEO, and DOES 1-500, inclusive,<br><br>Defendants. | Case No. C09-05000 JCS<br><br>**DECLARATION OF BRIAN J. WONG REGARDING ATTORNEY TIME RECORDS IN SUPPORT OF DEFENDANT COUNTY OF SAN MATEO'S MOTION FOR ATTORNEYS' FEES** |

I, Brian J. Wong, declare as follows:

1. I am a Deputy County Counsel for the County of San Mateo and attorney for Defendant County of San Mateo (the "County"). Unless otherwise stated, the following is within my personal knowledge, and if called as a witness, I could and would testify competently hereto.

2. As required by the January 3, 2013 Order Granting Defendant County of San Mateo's Motion for Attorneys' Fees Pursuant to 42 U.S.C. §1988 (Dkt. No. 327), attached hereto as **Exhibit A** are true and current copies time records regarding the hours for which the County has requested attorneys' fees. These time records are in the form of a report generated directly from the San Mateo County Counsel Office's electronic time entry system and printed on January 10, 2013. The time records cover the time spent and tasks performed by the following timekeepers: attorneys Brenda B. Carlson, Brian J. Wong, David A. Silberman, Daniel J. Valim, Paul A. Okada and William E. Smith; and paralegals

Cynthia L. Chang, Marian Watson and Suresh S. Lal. The first page of Attachment A is a summary of hours by timekeeper and the following pages contain time and task information organized by timekeeper. The time records reflect only the hours that relate to the attorneys' fees sought in the County's motion, and do not include time expended after March 15, 2012 on the present motion and other case-related issues.

3. The attached time records contain a limited number of redacted task descriptions in order to prevent potential waiver of attorney-client privilege and/or work product protection. The redactions show as gray boxes. To the extent the Court would like to review the unredacted time records, the County can promptly make them available and, in that event, will request that the unredacted time records be reviewed *in camera*.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 10th day of January, 2013, at Redwood City, California.

/s/
BRIAN J. WONG

# ATTACHMENT A

# Time by File
**12/17/2009 thru 3/15/2012**

**09-0402 - Buckheit, Jonathan v. San Mateo County, et al.,**

| Staff | Hours | |
|---|---|---|
| CARLSON, Brenda B. | 6.00 | |
| WONG, Brian J. | 706.00 | |
| Chang, Cynthia L. | 4.50 | |
| SILBERMAN, David A. | 9.00 | |
| VALIM, Daniel J | 35.50 | |
| Watson, Marian | 1.30 | |
| OKADA, Paul A. | 5.60 | |
| Lal, Suresh S. | 45.25 | |
| SMITH, William E. | 11.25 | |
| | **824.40** | **Grand Total Hours** |

# Time by Staff

12/17/2009 thru 3/15/2012

**CARLSON, Brenda B.**

| Date | File# | Title | Category | Hours |
|---|---|---|---|---|
| 12/28/09 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** | LEG - Legal Research & Writing | 3.00 |
| 08/03/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** review 12b 6 motion | DOC - Document Review/Preparation | 1.00 |
| 08/05/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** | LEG - Legal Research & Writing | 1.00 |
| 08/06/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** review and review reply | DOC - Document Review/Preparation | 1.00 |
| | | | **Total Hours** | 6.00 |

# Time by Staff

**12/17/2009 thru 3/15/2012**

**WONG, Brian J.**

| Date | File# | Title | Category | Hours |
|---|---|---|---|---|
| 12/28/09 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Review file. Prepare motion to dismiss. | LEG - Legal Research & Writing | 5.50 |
| 12/29/09 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Review file. Prepare motion to dismiss. | LIT - Litigation Preparation | 8.00 |
| 12/30/09 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Review file. Prepare motion to dismiss. | LEG - Legal Research & Writing | 8.00 |
| 12/31/09 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Review file. Prepare motion to dismiss. | LEG - Legal Research & Writing | 6.00 |
| 01/04/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Finalize motion to dismiss papers and prepare for filing. | LIT - Litigation Preparation | 5.50 |
| 01/05/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address magistrate judge consent. Review case materials. | LIT - Litigation Preparation | 1.00 |
| 01/22/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address stipulation for change in filing deadlines. Call with opposing counsel. | LIT - Litigation Preparation | 1.00 |
| 01/26/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Review amended complaint. Recalendar response dates. Evaluate changes to motion to dismiss. Call with clerk. | LIT - Litigation Preparation | 2.50 |
| 01/29/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare and file letter with court regarding motion to dismiss. | DOC - Document Review/Preparation | 0.50 |
| 02/04/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Review proposed order in criminal matter establishing sealing and preservation of records in connection with Plaintiff's petition for factual innocence. Draft stipulation regarding extending time to answer past determination of motion to dismiss. | LIT - Litigation Preparation | 4.50 |
| 02/05/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Finalize stipulation. Review amended complaint. Review Town of Atherton's settlement offer. | LIT - Litigation Preparation | 2.00 |
| 02/08/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address calendaring issue. Draft motion to dismiss amended complaint. | LIT - Litigation Preparation | 3.50 |
| 02/09/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address stipulation to extend time to answer first amended complaint. Prepare motion to dismiss first amended complaint. | LIT - Litigation Preparation | 2.00 |
| 02/10/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** | LIT - Litigation Preparation | 6.50 |

# Time by Staff

**12/17/2009 thru 3/15/2012**

**WONG, Brian J.**

| Date | File# | Title | Category | Hours |
|---|---|---|---|---|
| | | Draft motion to dismiss first amended complaint. | | |
| 02/11/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Finalize and file motion to dismiss. | DOC - Document Review/Preparation | 2.00 |
| 02/12/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address issues related to briefing schedule and file. | LIT - Litigation Preparation | 1.50 |
| 02/24/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Review file. Do case review with BBC. | LIT - Litigation Preparation | 0.50 |
| 03/25/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Phone calls with co-defendants' counsel. Case management call with parties. Phone call with L. Coburn regarding criminal proceedings. Review case law addressing petitions for factual innocence. | LIT - Litigation Preparation | 3.00 |
| 03/26/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Review case file and proposed orders. Attend hearing on order regarding petition for factual innocence. | LIT - Litigation Preparation | 1.50 |
| 04/13/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare reply brief in support of motion to dismiss. | LIT - Litigation Preparation | 0.50 |
| 04/14/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare reply in support of motion to dismiss. | LEG - Legal Research & Writing | 5.50 |
| 04/15/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Draft reply brief in support of motion to dismiss. | LEG - Legal Research & Writing | 9.00 |
| 04/16/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Draft and finalize reply brief. | LEG - Legal Research & Writing | 8.00 |
| 04/20/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Review issues re initial disclosures and case management. | LIT - Litigation Preparation | 1.50 |
| 04/21/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Review issues related to prospective discovery. Review briefing papers and prepare hearing materials. | LIT - Litigation Preparation | 2.00 |
| 04/29/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare joint case management statement. | LIT - Litigation Preparation | 1.50 |
| 04/30/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address case management issues and initial disclosures. | LIT - Litigation Preparation | 2.50 |
| 06/14/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** | LIT - Litigation Preparation | 0.50 |

# Time by Staff

12/17/2009 thru 3/15/2012

WONG, Brian J.

| Date | File# | Title | Category | Hours |
|---|---|---|---|---|
| | | Review discovery responses from Plaintiff. | | |
| 06/15/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Attention to discovery responses. Obtain extension of time. | LIT - Litigation Preparation | 1.00 |
| 06/16/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Phone calls with K. Guidotti. Follow up on document requests. | LIT - Litigation Preparation | 1.00 |
| 06/17/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Phone call with K. Guidotti. Review requests for production of documents. | LIT - Litigation Preparation | 1.50 |
| 06/18/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Review amended complaint. | LIT - Litigation Preparation | 0.50 |
| 06/23/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare responses to discovery requests. Meet with K. Guidotti. | LIT - Litigation Preparation | 2.00 |
| 06/25/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare for motion to dismiss. | LIT - Litigation Preparation | 2.00 |
| 06/28/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare motion to dismiss. | LIT - Litigation Preparation | 5.00 |
| 06/29/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare discovery response to request for production of documents. Prepare motion to dismiss | LIT - Litigation Preparation | 4.00 |
| 06/30/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare motion to dismiss. | LIT - Litigation Preparation | 3.00 |
| 07/01/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Finalize responses to requests for production of documents. | LIT - Litigation Preparation | 1.00 |
| 07/02/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare motion to dismiss. | LIT - Litigation Preparation | 4.00 |
| 07/05/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Draft motion to dismiss. | LIT - Litigation Preparation | 8.00 |
| 07/06/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare motion to dismiss and answer. | LIT - Litigation Preparation | 9.50 |
| 07/07/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address discovery issues. Phone call with opposing counsel regarding discovery. | LIT - Litigation Preparation | 4.00 |
| 07/08/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** | LIT - Litigation Preparation | 2.00 |

# Time by Staff

12/17/2009 thru 3/15/2012

WONG, Brian J.

| Date | File# | Title | Category | Hours |
|---|---|---|---|---|
| | | Address document production and discovery issues. | | |
| 07/09/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address deposition scheduling. ADR conference call. Address issues related to deposition subpoenas to CPS personnel. | MIS - Miscellaneous | 2.00 |
| 07/12/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address issues related to subpoenas. | LIT - Litigation Preparation | 1.00 |
| 07/13/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address issues regarding subpoena to CPS. Draft letter. Phone call with M. LeVynh regarding [redacted] | LIT - Litigation Preparation | 5.00 |
| 07/14/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Phone call with J. Shaw regarding [redacted] Phone call to J. Fong regarding deposition of M. LeVynh. | LIT - Litigation Preparation | 1.00 |
| 07/16/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Review case related correspondence. | DOC - Document Review/Preparation | 1.00 |
| 07/19/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Phone call with P. Co and address follow up regarding deposition notice of J. Shaw. | TEL - Telephone conference and/or e-mail resp | 1.50 |
| 07/21/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Phone call with D. Torres regarding CPS involvement in litigation. Respond to J. Fong email. | LIT - Litigation Preparation | 1.00 |
| 07/29/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare for deposition of J. Buckheit. | LIT - Litigation Preparation | 4.00 |
| 07/30/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare for and attend deposition of J. Buckheit. | LIT - Litigation Preparation | 9.00 |
| 08/02/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address section 827 issues. Prepare reply in support of motion to dismiss. | LIT - Litigation Preparation | 2.00 |
| 08/03/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare reply ISO motion to dismiss. Discuss with BBC. | LIT - Litigation Preparation | 1.00 |
| 08/03/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare reply ISO motion to dismiss. | LIT - Litigation Preparation | 2.00 |
| | | | **Subtotal** | **3.00** |
| 08/04/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare reply ISO motion to dismiss. | LIT - Litigation Preparation | 4.50 |
| 08/05/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** | LIT - Litigation Preparation | 10.00 |

# Time by Staff

**12/17/2009 thru 3/15/2012**

**WONG, Brian J.**

| Date | File# | Title | Category | Hours |
|---|---|---|---|---|
| | | Prepare motion to dismiss. | | |
| 08/06/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,**<br>Prepare motion to dismiss. | LIT - Litigation Preparation | 7.00 |
| 08/13/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,**<br>Address discovery requests and identify responsive electronic documents. | LIT - Litigation Preparation | 2.50 |
| 08/16/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,**<br>Address issues relating to search of email for responsive documents. | LIT - Litigation Preparation | 1.00 |
| 08/17/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,**<br>Review documents and email lists regarding potentially responsive email. | LIT - Litigation Preparation | 4.00 |
| 08/18/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,**<br>Review documents in preparation for production. Draft and send email to J. Fong. | LIT - Litigation Preparation | 4.00 |
| 08/31/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,**<br>Address discovery issues and issues regarding plaintiff's intent to amend complaint. Prepare for motion to dismiss hearing. | LIT - Litigation Preparation | 3.00 |
| 09/01/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,**<br>Prepare for hearing on motion to dismiss. | LIT - Litigation Preparation | 4.00 |
| 09/02/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,**<br>Prepare for hearing on motion to dismiss. | LIT - Litigation Preparation | 8.00 |
| 09/03/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,**<br>Prepare for and appear at hearing on motion to dismiss. Meet with co-defendant's counsel. | CRT - Court, ADR or Other Administrative He | 5.00 |
| 09/07/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,**<br>Draft summary memo regarding motion to dismiss hearing. Communicate hearing results to Wagstaffe and Guidotti. Consider case strategy. | LIT - Litigation Preparation | 1.50 |
| 09/13/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,**<br>Review email in preparation for possible production. | LIT - Litigation Preparation | 5.00 |
| 09/14/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,**<br>Review email for documents responsive to Plaintiff's discovery requests. | LIT - Litigation Preparation | 4.00 |
| 09/23/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,**<br>Address deposition scheduling issues. | LIT - Litigation Preparation | 0.50 |
| 09/30/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,**<br>Prepare response regarding amended complaint. | LIT - Litigation Preparation | 1.50 |

# Time by Staff

**12/17/2009 thru 3/15/2012**

**WONG, Brian J.**

| Date | File# | Title | Category | Hours |
|---|---|---|---|---|
| 10/01/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address issues related to deposition scheduling. Phone calls with co-defendant's counsel. Review transcript. | LIT - Litigation Preparation | 2.00 |
| 10/04/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Review email documents for responsive documents. Address issues related to Child Abuse Central IndexDraft and send response to plaintiff's counsel. Address issues regarding discovery to be served on plaintiff. | LIT - Litigation Preparation | 5.00 |
| 10/06/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Search for responsive documents. Address issues regarding CPS records. | LIT - Litigation Preparation | 1.50 |
| 10/20/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare documents for production. | LIT - Litigation Preparation | 3.00 |
| 10/27/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Research issues related to discovery of juvenile court documents. | LIT - Litigation Preparation | 1.50 |
| 10/28/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare response to plaintiff's letter. Prepare document production. | LIT - Litigation Preparation | 1.00 |
| 10/29/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare document production and response to plaintiff's letter. Draft response to Plaintiff letter and produce documents. Research issues regarding WIC 827. | LIT - Litigation Preparation | 5.00 |
| 11/03/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Review joint letter regarding discovery dispute over CPS records. Phone call with J. Fong. Address follow-up issues regarding discovery dispute. | LIT - Litigation Preparation | 4.00 |
| 11/12/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address discovery issues. Review joint letter submitted to court re dispute. | LIT - Litigation Preparation | 1.00 |
| 11/22/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address issues related to CPS files. | LIT - Litigation Preparation | 1.00 |
| 11/24/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Review and respond to email regarding CPS files. | LIT - Litigation Preparation | 2.00 |
| 12/03/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address deposition scheduling issues. Work with S. Lal regarding indexing discovery. | LIT - Litigation Preparation | 1.50 |
| 12/06/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Confer with Atherton attorneys regarding CPS files. | LIT - Litigation Preparation | 1.50 |
| 12/17/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** | CON - Consultation with CoCounsel/other De | 0.50 |

# Time by Staff

**12/17/2009 thru 3/15/2012**

**WONG, Brian J.**

| Date | File# | Title | Category | Hours |
|---|---|---|---|---|
| | | Discuss discovery issues with other attorneys. | | |
| 12/21/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Email to J. Fong. Address discovery dispute issues. | LIT - Litigation Preparation | 1.00 |
| 12/28/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address CPS record issue with plaintiff's counsel. Confer with CPS counsel. | LIT - Litigation Preparation | 1.50 |
| 12/30/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address discovery issues. Follow up on scheduled deposition and mediation. | LIT - Litigation Preparation | 2.00 |
| 01/03/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address issues related to depositions. Review motion for summary judgment papers. | LIT - Litigation Preparation | 2.00 |
| 01/05/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address case administration and file. Address deposition scheduling. | LIT - Litigation Preparation | 1.00 |
| 01/06/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Confer with Atherton's counsel regarding litigation and depositions. | LIT - Litigation Preparation | 1.50 |
| 01/12/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address issues related to deposition and mediation. | LIT - Litigation Preparation | 2.00 |
| 01/19/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Attend deposition of D. DeVlugt. | LIT - Litigation Preparation | 9.50 |
| 02/03/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare for deposition. Confer with co-defendant's counsel. | LIT - Litigation Preparation | 1.00 |
| 02/07/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare for deposition of Officer Dennis. Address CPS file issue. | LIT - Litigation Preparation | 2.50 |
| 02/08/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare for and attend deposition of Officer Dennis. | LIT - Litigation Preparation | 9.00 |
| 02/10/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Confer with Atherton's counsel. | LIT - Litigation Preparation | 1.00 |
| 02/17/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Meet with B. Carlson. Address potential corrections to deposition transcript. Phone call with S. Johnson regarding case and mediation. | LIT - Litigation Preparation | 3.00 |
| 02/24/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address issues related to joint case management and mediation. Consider transcript from Dennis deposition. | LIT - Litigation Preparation | 1.50 |

# Time by Staff

12/17/2009 thru 3/15/2012

WONG, Brian J.

| Date | File# | Title | Category | Hours |
|---|---|---|---|---|
| 02/28/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare for, travel to and attend mediation. | CRT - Court, ADR or Other Administrative He | 7.00 |
| 03/04/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Attend CMC at N.D. Cal. | CRT - Court, ADR or Other Administrative He | 4.00 |
| 03/07/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Review order granting Atherton MSJ. Review scheduling order. Discuss with BBC. | LIT - Litigation Preparation | 1.50 |
| 04/11/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Call to S. Gregg regarding records. Address CPS records request. | LIT - Litigation Preparation | 1.00 |
| 04/26/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Follow up on discovery dispute regarding CPS records. | LIT - Litigation Preparation | 1.50 |
| 05/03/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address discovery responses. | LIT - Litigation Preparation | 0.50 |
| 05/12/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Review discovery requests. | LIT - Litigation Preparation | 1.50 |
| 05/13/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address demand for stip and order. Phone call with J. Fong. Review discovery requests. Confer with K. Guidotti regarding discovery. | LIT - Litigation Preparation | 4.00 |
| 05/16/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address discovery issues. Follow up on declarations. | LIT - Litigation Preparation | 2.00 |
| 05/17/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Calls with Co-defendants. Address discovery issues. | LIT - Litigation Preparation | 1.50 |
| 05/18/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Review discovery responses from officer defendants. Phone call with J. Howard. | LIT - Litigation Preparation | 2.50 |
| 05/20/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address discovery issues. | LIT - Litigation Preparation | 0.50 |
| 05/26/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address discovery requests. | LIT - Litigation Preparation | 1.50 |
| 05/27/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address discovery requests and declarations. | LIT - Litigation Preparation | 1.50 |
| 05/30/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare responses to discovery requests. | LIT - Litigation Preparation | 4.00 |

# Time by Staff

12/17/2009 thru 3/15/2012

WONG, Brian J.

| Date | File# | Title | Category | Hours |
|---|---|---|---|---|
| 05/31/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address discovery requests and responses. Phone call with J. Fong. | LIT - Litigation Preparation | 2.00 |
| 06/06/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Discuss motion for summary judgment with R. Kline. | LIT - Litigation Preparation | 0.50 |
| 06/09/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address discovery issues. Secure extension of discovery deadline. | LIT - Litigation Preparation | 1.50 |
| 06/13/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Confer with co-defense counsel. Address discovery responses. | LIT - Litigation Preparation | 2.50 |
| 06/14/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address responses to discovery requests. | LIT - Litigation Preparation | 2.50 |
| 06/15/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare responses to plaintiff's written discovery. | LIT - Litigation Preparation | 4.50 |
| 06/16/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare discovery responses. Meet with S. Wagstaffe and K. Guidotti. | LIT - Litigation Preparation | 3.00 |
| 06/17/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Attend CMC and confer with co-defendants. Prepare discovery responses. | LIT - Litigation Preparation | 3.00 |
| 06/18/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare responses to discovery. | LIT - Litigation Preparation | 3.50 |
| 06/21/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare responses to discovery requests. Confer with Atherton counsel. | LIT - Litigation Preparation | 8.00 |
| 06/22/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Respond to written discovery. Confer with Atherton's counsel. | LIT - Litigation Preparation | 8.00 |
| 06/29/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address purported discovery dispute. Revise declarations from CPS and DA's office regarding police report. Review proposed joint letter and order. | LIT - Litigation Preparation | 2.00 |
| 06/30/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Respond to discovery letter. Meet with Inspector Minahan. Review documents. | LIT - Litigation Preparation | 4.00 |
| 07/01/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address demands for documents from the DA. Address demands for declarations from CPS and DA. | LIT - Litigation Preparation | 3.50 |
| 07/07/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Finalize declarations. | LIT - Litigation Preparation | 1.50 |

# Time by Staff

12/17/2009 thru 3/15/2012

WONG, Brian J.

| Date | File# | Title | Category | Hours |
|---|---|---|---|---|
| 07/08/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Search for responsive email. Identify disclosure issues. | LIT - Litigation Preparation | 3.50 |
| 07/11/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Research issues related to MSJ. Meet with P. Okada to discuss discovery issues. Address document production and disclosures. | LIT - Litigation Preparation | 4.00 |
| 07/12/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address production of documents. Meet with S. Wagstaffe. Review documents to be produced. Discuss document production with co-defendant's counsel. | LIT - Litigation Preparation | 6.00 |
| 07/13/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare document production and additional disclosures. | LIT - Litigation Preparation | 6.00 |
| 07/14/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Respond to meet and confer letter regarding written discovery responses. Prepare discovery requests. | LIT - Litigation Preparation | 3.00 |
| 07/15/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Meet and confer with J. Fong regarding discovery responses. Draft discovery requests to be served on plaintiff. | LIT - Litigation Preparation | 2.50 |
| 07/18/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Phone call with S. Wagstaffe. Review email. Prepare discovery requests. | LIT - Litigation Preparation | 2.50 |
| 07/19/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Discuss discovery issue with P. Okada. Review discovery issues in advance of discussion with plaintiff's counsel. Draft meet and confer correspondence regarding DA case files. Discuss issues with plaintiff's counsel. | LIT - Litigation Preparation | 6.00 |
| 07/20/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare discovery requests. Prepare document production. Prepare MSJ papers and discuss research issues. Follow up on questions regarding CJIS system. | LIT - Litigation Preparation | 6.00 |
| 07/22/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Investigate whether Sheriff has any responsive materials. Review meet and confer correspondence from plaintiff's counsel. | LIT - Litigation Preparation | 4.00 |
| 07/27/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Draft email to plaintiff's counsel regarding discovery issues, including demands for statistics and access to CJIS. Address issues related to deposition scheduling. Discuss requests for information with Sheriff staff. | LIT - Litigation Preparation | 4.50 |
| 07/29/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** | LIT - Litigation Preparation | 4.00 |

# Time by Staff

12/17/2009 thru 3/15/2012

WONG, Brian J.

| Date | File# | Title | Category | Hours |
|---|---|---|---|---|
| | | Deal with plaintiff's counsel meet and confer demands. Draft meet and confer correspondence. Discuss demands for records with Sheriff staff. | | |
| 08/01/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address issues related to deposition scheduling. | LIT - Litigation Preparation | 1.00 |
| 08/02/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Discuss discovery issues with Atherton's counsel. Coordinate and discuss depositions with client witnesses. Research issues related to MSJ and alleged unconstitutional policy. | LIT - Litigation Preparation | 6.00 |
| 08/03/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Discuss discovery issues with co-defendants. | LIT - Litigation Preparation | 1.00 |
| 08/08/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Meet with K. Guidotti and S. Wagstaffe regarding case issues and deposition preparation. | LIT - Litigation Preparation | 1.50 |
| 08/09/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address deposition scheduling and discovery disputes. Discuss MSJ issues with Atherton counsel. | LIT - Litigation Preparation | 1.50 |
| 08/12/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Coordinate with defense counsel regarding deposition scheduling. | MIS - Miscellaneous | 0.50 |
| 08/15/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare for Wagstaffe deposition. | LIT - Litigation Preparation | 1.50 |
| 08/16/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Review documents. Prepare for Wagstaffe deposition. | LIT - Litigation Preparation | 6.50 |
| 08/17/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare for S. Wagstaffe deposition. Discuss issues with Atherton's counsel. | LIT - Litigation Preparation | 4.00 |
| 08/18/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare for and attend deposition of S. Wagstaffe. | LIT - Litigation Preparation | 6.00 |
| 08/19/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address issues related to depositions. | LIT - Litigation Preparation | 1.00 |
| 08/22/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare for and attend deposition of M. Guerra. | LIT - Litigation Preparation | 10.00 |
| 08/23/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare for G. Nielsen deposition. Discuss deposition with P. Co. | LIT - Litigation Preparation | 1.00 |
| 08/25/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Attend deposition of G. Nielsen. | LIT - Litigation Preparation | 9.00 |

# Time by Staff
## 12/17/2009 thru 3/15/2012

WONG, Brian J.

| Date | File# | Title | Category | Hours |
|---|---|---|---|---|
| 08/29/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Attend deposition of A. Kockler. | LIT - Litigation Preparation | 8.00 |
| 08/30/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address discovery request issues related to service problems. Draft correspondence to plaintiff's counsel. Confer with staff regarding potential solutions. Research availability of solutions. | LIT - Litigation Preparation | 4.50 |
| 08/31/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address issues related to defective service of discovery requests. | LIT - Litigation Preparation | 3.00 |
| 09/23/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Attend deposition. | LIT - Litigation Preparation | 8.00 |
| 09/29/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address discovery related issues with co-defendants' counsel. | LIT - Litigation Preparation | 1.00 |
| 10/13/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Review plaintiff's filings regarding discovery dispute. | LIT - Litigation Preparation | 1.00 |
| 10/14/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Travel to and attend discovery hearing at US District Court. Meet with co-defendants' counsel regarding case issues. Research school subpoena issues. | LIT - Litigation Preparation | 5.00 |
| 10/17/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Confer with counsel regarding pleading schedule. Draft letter to Plaintiff's counsel. Address expert discovery issues. | LIT - Litigation Preparation | 1.50 |
| 10/18/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Discuss motion schedule and expert discovery with co-defendants' counsel. Draft letter proposing MSJ schedule to plaintiff's counsel. Research plaintiff's expert witnesses. | LIT - Litigation Preparation | 2.50 |
| 10/21/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address issues related to expert discovery and deposition scheduling. | LIT - Litigation Preparation | 1.00 |
| 10/24/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Review expert witness materials. Prepare for P. Stark and C. Smith depositions. | LIT - Litigation Preparation | 1.50 |
| 10/25/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare for and attend P. Stark expert witness deposition. Prepare for C. Smith deposition. Call with K. Guidotti. | LIT - Litigation Preparation | 7.00 |
| 10/27/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare for and take C. Smith Deposition. Address issues related to MSJ schedule. | LIT - Litigation Preparation | 7.00 |

# Time by Staff

**12/17/2009 thru 3/15/2012**

**WONG, Brian J.**

| Date | File# | Title | Category | Hours |
|---|---|---|---|---|
| 11/02/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address with CPS staff inquiries from plaintiff regarding County-wide policies followed by law enforcement agencies. | LIT - Litigation Preparation | 1.00 |
| 11/03/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address deposition issues. Discuss MSJs with Atherton attorneys. Address stipulation to extend time for MSJs. | LIT - Litigation Preparation | 2.00 |
| 11/07/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Review expert materials. Coordinate MSJ. Follow up on various discovery disputes with co-defendants. | LIT - Litigation Preparation | 3.00 |
| 11/08/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address MSJ issues. Call court clerk. | LIT - Litigation Preparation | 3.00 |
| 11/09/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address inquiry regarding CPS file. Prepare MSJ. | LIT - Litigation Preparation | 2.00 |
| 11/28/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address issues related to expert discovery and depositions. | LIT - Litigation Preparation | 1.00 |
| 12/01/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Research and prepare undisputed facts in support of MSJ. | LIT - Litigation Preparation | 6.00 |
| 12/07/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare MSJ papers. Review separate statement and address declarations necessary for MSJ. | LIT - Litigation Preparation | 4.50 |
| 12/08/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address issues related to MSJ. | LIT - Litigation Preparation | 1.00 |
| 12/09/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare MSJ. | LIT - Litigation Preparation | 2.00 |
| 12/12/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Draft MSJ. | LIT - Litigation Preparation | 5.00 |
| 12/13/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Draft MSJ. | LIT - Litigation Preparation | 8.00 |
| 12/14/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Draft MSJ. | LIT - Litigation Preparation | 12.00 |
| 12/15/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare MSJ. | LIT - Litigation Preparation | 8.00 |

# Time by Staff
**12/17/2009 thru 3/15/2012**

**WONG, Brian J.**

| Date | File# | Title | Category | Hours |
|---|---|---|---|---|
| 12/16/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare MSJ papers. | LIT - Litigation Preparation | 2.50 |
| 01/09/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Review pleadings and prepare opposition to motion for summary judgment. | LIT - Litigation Preparation | 2.00 |
| 01/10/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare for MSJ. Discuss briefing and expert deposition with co-defendants. Address deposition scheduling. | LIT - Litigation Preparation | 4.50 |
| 01/11/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Draft opposition to Plaintiff's MSJ. Discuss opposition briefs with co-defendant's counsel. Prepare declaration in support of motion. | LIT - Litigation Preparation | 9.50 |
| 01/12/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare Opposition to MSJ. | LIT - Litigation Preparation | 10.50 |
| 01/13/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare and file MSJ and supporting papers. | LIT - Litigation Preparation | 6.00 |
| 01/19/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Consult with co-defendants regarding reply briefs. Prepare reply brief. | LIT - Litigation Preparation | 1.50 |
| 01/20/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Review MSJ papers in preparation for reply brief. | LIT - Litigation Preparation | 2.00 |
| 01/23/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Review reply briefs from defendants. Research issues regarding County MSJ. | LIT - Litigation Preparation | 5.00 |
| 01/25/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Draft Reply ISO MSJ. | LIT - Litigation Preparation | 10.00 |
| 01/26/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare reply ISO MSJ. | LIT - Litigation Preparation | 12.00 |
| 01/27/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Draft and review reply ISO MSJ. | LIT - Litigation Preparation | 8.50 |
| 02/10/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Discuss case with co-defendant's counsel. Address Court's order regarding Joint Statement of Facts. | LIT - Litigation Preparation | 2.50 |
| 02/13/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address issues related to Courts order. Confer with co-defendants. | LIT - Litigation Preparation | 6.00 |
| 02/14/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** | LIT - Litigation Preparation | 5.00 |

# Time by Staff

**12/17/2009 thru 3/15/2012**

**WONG, Brian J.**

| Date | File# | Title | Category | Hours |
|---|---|---|---|---|
| | | Address disputes over Joint Statement. Confer with co-defendants regarding trial scheduling. | | |
| 02/17/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address scheduling issues and review briefing materials. | LIT - Litigation Preparation | 1.00 |
| 02/23/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Address issues related to CPS. | LIT - Litigation Preparation | 1.00 |
| 03/05/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepare for hearing on MSJ. | LIT - Litigation Preparation | 4.00 |
| 03/09/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Review briefing materials and documents in preparation for hearing on MSJ. Travel to and attend court hearing on MSJ. Confer with co-defendants. | CRT - Court, ADR or Other Administrative He | 6.00 |
| 03/13/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Send update email to S. Wagstaffe and K. Guidotti. | LIT - Litigation Preparation | 0.50 |
| | | | **Total Hours** | **706.00** |

# Time by Staff

12/17/2009 thru 3/15/2012

**Chang, Cynthia L.**

| Date | File# | Title | Category | Hours |
|---|---|---|---|---|
| 07/08/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** scan and Bates label documents | DOC - Document Review/Preparation | 0.75 |
| 12/15/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** research for BJW on section 1985 conspiracy claim; draft section for MSJ | LEG - Legal Research & Writing | 3.75 |
| | | | **Total Hours** | 4.50 |

# Time by Staff

**12/17/2009 thru 3/15/2012**

**SILBERMAN, David A.**

| Date | File# | Title | Category | Hours |
|---|---|---|---|---|
| 12/28/09 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** conferences re motion | MIS - Miscellaneous | 0.75 |
| 01/05/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** conference re case strategy | MIS - Miscellaneous | 0.50 |
| 02/10/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** assist with legal research; conferences re same | MIS - Miscellaneous | 0.50 |
| 05/03/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** prepare for hearing; conference re same | MIS - Miscellaneous | 0.50 |
| 05/05/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** conferences | MIS - Miscellaneous | 0.50 |
| 05/07/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** prepare for hearing and hearing | MIS - Miscellaneous | 5.00 |
| 02/09/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** conference with colleague | MIS - Miscellaneous | 0.75 |
| 07/12/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** case consult | MIS - Miscellaneous | 0.50 |
| | | | **Total Hours** | **9.00** |

# Time by Staff

**12/17/2009 thru 3/15/2012**

**VALIM, Daniel J**

| Date | File# | Title | Category | Hours |
|---|---|---|---|---|
| 08/02/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,**<br>Confer with B. Wong regarding case | CON - Consultation with CoCounsel/other De] | 0.25 |
| 08/03/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,**<br>Confer with B. Wong and review pleadings to date for purposes of drafting reply in support of demurrer | LEG - Legal Research & Writing | 3.00 |
| 08/04/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,**<br>Confer with B. Wong, review previous pleadings and documents; research case law; draft portions of reply | LEG - Legal Research & Writing | 4.75 |
| 08/05/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,**<br>Research case law and continue to draft reply brief | LEG - Legal Research & Writing | 9.75 |
| 08/06/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,**<br>Revise reply brief, confer with B. Wong | LEG - Legal Research & Writing | 4.00 |
| 09/07/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,**<br>Confer with B. Wong regarding results of hearing on motion to dismiss | LIT - Litigation Preparation | 0.50 |
| 09/29/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,**<br>Confer with B. Wong regarding discovery strategy | CON - Consultation with CoCounsel/other De] | 0.50 |
| 10/01/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,**<br>Review judge's ruling on demurrer in preparation for meeting w/ B. Carlson and B. Wong; confer with B. Carlson and B. Wong regarding discovery strategy going forward; research regarding [redacted] confer with B. Wong regarding same | LIT - Litigation Preparation | 3.75 |
| 10/06/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,**<br>Review similar interrogatory requests for background; Review discovery requests from Atherton to Plaintiff, set one; begin drafting interrogatories to Plaintiff | LEG - Legal Research & Writing | 2.00 |
| 10/07/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,**<br>Continue to review complain, order on motion to dismiss and draft written discovery based on same; Confer with B. Wong regarding same | LEG - Legal Research & Writing | 3.50 |
| 11/03/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,**<br>Confer with B. Wong re discovery; review same | LIT - Litigation Preparation | 1.00 |
| 07/12/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,**<br>Confer with B. Wong re privilege issues for DAs and research re same | CON - Consultation with CoCounsel/other De] | 1.25 |
| 10/18/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,**<br>confer with B. Wong re potential expert for Buckheit matter | CON - Consultation with CoCounsel/other De] | 0.25 |

# Time by Staff

**12/17/2009 thru 3/15/2012**

**VALIM, Daniel J**

| Date | File# | Title | Category | Hours |
|---|---|---|---|---|
| 01/09/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,**<br>Confer with PAO re handling of depositions; confer with BJW re same | CON - Consultation with CoCounsel/other De | 0.50 |
| 01/12/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,**<br>Confer with BJW re status of depositions | CON - Consultation with CoCounsel/other De | 0.50 |
| | | | **Total Hours** | **35.50** |

# Time by Staff

12/17/2009 thru 3/15/2012

Watson, Marian

| Date | File# | Title | Category | Hours |
|---|---|---|---|---|
| 10/22/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Organize, scan and bates label documents (1000-1183) | MIS - Miscellaneous | 1.00 |
| 10/29/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Work on documents to produce | DOC - Document Review/Preparation | 0.30 |
| | | | **Total Hours** | **1.30** |

# Time by Staff

12/17/2009 thru 3/15/2012

OKADA, Paul A.

| Date | File# | Title | Category | Hours |
|---|---|---|---|---|
| 08/08/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Meeting with BJW | MIS - Miscellaneous | 0.25 |
| 08/16/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Meeting with BJW | MIS - Miscellaneous | 0.25 |
| 08/17/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Meeting with BJW re Wagstaffe depo issues | MIS - Miscellaneous | 0.50 |
| 10/04/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Case review meeting with BJW | MIS - Miscellaneous | 0.25 |
| 10/25/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Meeting with B. Wong | MIS - Miscellaneous | 0.25 |
| 01/09/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Meetings with BJW re case strategy | MIS - Miscellaneous | 0.30 |
| 01/10/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Meetings with BJW re case strategy | MIS - Miscellaneous | 0.30 |
| 01/11/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Meetings with BJW re case strategy | MIS - Miscellaneous | 0.40 |
| 01/12/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Meetings with BJW | MIS - Miscellaneous | 0.50 |
| 01/13/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Meetings with BJW | MIS - Miscellaneous | 0.50 |
| 01/17/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Meetings with BJW re case strategy | MIS - Miscellaneous | 0.30 |
| 01/19/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Meetings with BJW re case strategy | MIS - Miscellaneous | 0.30 |
| 01/20/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Discussion with BJW re case strategy issues | MIS - Miscellaneous | 0.40 |
| 01/23/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Meetings with BJW | MIS - Miscellaneous | 0.40 |
| 01/24/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Discussions with BJW re reply | MIS - Miscellaneous | 0.30 |
| 03/08/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** | MIS - Miscellaneous | 0.20 |

# Time by Staff

**12/17/2009 thru 3/15/2012**

**OKADA, Paul A.**

| Date | File# | Title | Category | Hours |
|---|---|---|---|---|
| | | Meeting with BJW | | |
| 03/12/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Meeting with BJW re SJ hearing | MIS - Miscellaneous | 0.20 |
| | | | **Total Hours** | **5.60** |

# Time by Staff

**12/17/2009 thru 3/15/2012**

**Lal, Suresh S.**

| Date | File# | Title | Category | Hours |
|---|---|---|---|---|
| 07/06/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Attention to reviewing pleadings and cite checking. E-filed County's answer and motion to dismiss. | LIT - Litigation Preparation | 3.00 |
| 07/07/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Attention to the County's e-filed documents. Reviewed case docket in Pacer with Brian Wong. Scanned and saved all pertinent documents in the litigation folder. | DOC - Document Review/Preparation | 1.50 |
| 10/27/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Prepared 827 petition in relation to discovery. Discussed with Brian Wong. | LIT - Litigation Preparation | 1.00 |
| 11/05/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Discussed reviewing discovery with Brian Wong and created spreadsheet. | LIT - Litigation Preparation | 1.00 |
| 11/09/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Attention to indexing received discovery papers. | LIT - Litigation Preparation | 1.00 |
| 12/03/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Attention to indexing discovery pleadings. | DOC - Document Review/Preparation | 2.00 |
| 12/06/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Finalized indexing of discovery pleadings. | LIT - Litigation Preparation | 1.00 |
| 07/12/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Attention to document production. | LIT - Litigation Preparation | 3.00 |
| 07/13/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Attention to document production. | LIT - Litigation Preparation | 3.00 |
| 07/20/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Attention to document production and Bates stamping. | LIT - Litigation Preparation | 2.00 |
| 07/22/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Attention to production of documents. | LIT - Litigation Preparation | 3.00 |
| 08/16/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Attention to discovery documents and files for Brian Wong. | LIT - Litigation Preparation | 0.50 |
| 12/16/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Assisted Brian Wong with e-filing summary judgment motion and declarations, and sending hardcopy via fed ex to USND Court. | LIT - Litigation Preparation | 0.75 |
| 01/12/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Assisted Brian Wong with preparation and proofreading County's opposition to Plaintiff's motion for summary judgment. | LIT - Litigation Preparation | 2.00 |

# Time by Staff

**12/17/2009 thru 3/15/2012**

**Lal, Suresh S.**

| Date | File# | Title | Category | Hours |
|---|---|---|---|---|
| 01/13/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Assisted Brian Wong with preparation and proofreading County's opposition to Plaintiff's motion for summary judgment, and e-filing. | LIT - Litigation Preparation | 4.00 |
| 01/19/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Reviewed previously filed pleadings leading up to County's motion for summary judgment. Reviewed cited case law. | LIT - Litigation Preparation | 4.00 |
| 01/20/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Attention to Plaintiff's opposition to County's motion for summary judgment. Printed and reviewed cited cases. Drafted summary of opposition for Brian Wong. Discussed matter with Brian Wong. | DOC - Document Review/Preparation | 3.50 |
| 01/23/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Reviewed pleadings. Discussed County's reply brief with Brian Wong. | LIT - Litigation Preparation | 3.50 |
| 01/24/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Assisted Brian Wong with case law review and related research. | LIT - Litigation Preparation | 2.00 |
| 01/27/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Reviewed County's reply brief and checked case citations. | LIT - Litigation Preparation | 2.00 |
| 03/07/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Assisted Brian Wong with prep of file for upcoming MSJ hearing. | LIT - Litigation Preparation | 1.50 |
| | | | **Total Hours** | **45.25** |

# Time by Staff

12/17/2009 thru 3/15/2012

SMITH, William E.

| Date | File# | Title | Category | Hours |
|---|---|---|---|---|
| 06/29/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** research [redacted] BJW | LEG - Legal Research & Writing | 1.00 |
| 07/06/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Call & fax Buckheit subpoena from Michelle LeVynh; review, BJW | LIT - Litigation Preparation | 0.50 |
| 07/21/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** BJW 827 inquiry [redacted] | LIT - Litigation Preparation | 0.75 |
| 08/04/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** Conf BJW, [redacted] | LEG - Legal Research & Writing | 1.25 |
| 09/01/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** BJW BBC re [redacted] | LEG - Legal Research & Writing | 0.75 |
| 09/10/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** bjw & A Baxley, [redacted] | LIT - Litigation Preparation | 0.50 |
| 10/26/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** bjw 827 & fed ct. | LEG - Legal Research & Writing | 0.50 |
| 10/29/10 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** bjw re 827 in federal court. | LIT - Litigation Preparation | 0.25 |
| 07/12/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** BJW [redacted] | LEG - Legal Research & Writing | 0.75 |
| 07/13/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** [redacted] re PMK depo. 827, [redacted] | LIT - Litigation Preparation | 0.75 |
| 07/14/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** PMK depo, conf BJW | LIT - Litigation Preparation | 0.50 |
| 07/18/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** conf bjw, follow up on pMK depo, PPatel | LIT - Litigation Preparation | 0.50 |
| 07/20/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** BJW re PMK depo | LIT - Litigation Preparation | 0.25 |
| 07/27/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** BJW and PMK depo, PPatel | LIT - Litigation Preparation | 0.50 |
| 08/29/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** | LEG - Legal Research & Writing | 0.50 |

# Time by Staff

12/17/2009 thru 3/15/2012

SMITH, William E.

| Date | File# | Title | Category | Hours |
|---|---|---|---|---|
| | | [redacted] to BJW | | |
| 11/09/11 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** research [redacted] conf BJW PAO | LIT - Litigation Preparation | 1.00 |
| 01/10/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** BJW re [redacted] MSJ | LEG - Legal Research & Writing | 0.25 |
| 01/23/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** BJW re [redacted] | LEG - Legal Research & Writing | 0.25 |
| 01/26/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** BJW re [redacted] | LIT - Litigation Preparation | 0.25 |
| 02/15/12 | 09-0402 | **Buckheit, Jonathan v. San Mateo County, et al.,** JCB, hrg continued, confer on issues | LIT - Litigation Preparation | 0.25 |
| | | | **Total Hours** | **11.25** |