JEFFREY M. VUCINICH, ESQ.  BAR#: 67906
CLAPP, MORONEY, BELLAGAMBA, VUCINICH,
BEEMAN and SCHELEY
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA  94066
(650) 989-5400  (650) 989-5499 FAX

Attorneys for Defendant
THE TOWN OF ATHERTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN B. BUCKHEIT,<br><br>Plaintiff,<br><br>v.<br><br>TONY DENNIS; DEAN DEVLUGT; ANTHONY KOCKLER; THE TOWN OF ATHERTON; THE COUNTY OF SAN MATEO; and DOES 1-500, inclusive,<br><br>Defendants. | CASE NO.:  CV09-5000 JCS<br><br>**WITHDRAWAL OF BILL OF COSTS and [proposed] ORDER** |

On May 15, 2012, the Town of Atherton filed a "Notice of Withdrawal" of motion (Docket 311) that withdrew its motion for attorney's fees in the case CV09-5000 JCS.  This notice contained a clerical error in that it was suppose to have also withdrawn the Town of Atherton's Bill of Costs, filed May 2, 2012 (Docket 286).

On February 2, 2013, the Court Clerk issued a Taxation of Costs (Docket 337).  Given that this Bill of Costs was meant to be withdrawn on May 15, 2012, the Town of Atherton hereby withdraws its Bill of Costs filed on May 2, 2012, and requests that the Court enter the proposed order below.

/ / /

/ / /

/ / /

## ORDER

Pursuant to the above-filing by the Town of Atherton, the Taxation of Costs issued on February 13, 2013 (Docket 337) is hereby rescinded and has no legal force or effect.

Date: 2/20/13                    By: _____
                                      Magistrate J———— Spero
                                      U.S. Di———————n District of CA



WITHDRAWAL OF BILL OF COSTS AND [proposed] ORDER;
CASE NO. CV09-5000 JCS

2

G:\Data\DOCS\0160\04092\Costs\
[proposed] Order Bill of
Costs.pld